In the Interest of B.F., K.F. and L.F., Minors.

A.F. and J.F., Appellants,

v.

Wilbert LONG, Juvenile Officer of the Juvenile Division of the Twenty-Second Judicial Circuit, Respondent.

No. 45561.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 21, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1984.

Application to Transfer Denied
May 15, 1984.

Toby H. Hollander, St. Louis, for appellants.

Andrew Kotschar, Suzanne E. Rechtin, Juvenile Div. of the 22nd Judicial Court, St. Louis, for respondent.

ORDER

PER CURIAM.

This is an appeal from a judgment entered following a trial in the Juvenile Court of the City of St. Louis finding that the minor children were without proper care, custody and support, § 211.031.1(1)(b) and remanding the care, custody and control of the minor children to the Division of Family Services for appropriate placement; authorizing the Division of Family Services to secure and consent to all necessary medical, surgical, dental and psychiatric care; and granting the parents reasonable visitation rights. No error or law appearing and this court having determined that an opinion would have no precedential value, the judgment of the Juvenile Court is affirmed in compliance with Rule 84.16(b).